Keven Steinberg, Bar No. 151372
keven@kevensteinberglaw.com
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
Telephone: (818) 855-1103

Attorneys for Defendant
WEBER & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKEETER BETTY,<br><br>     *Plaintiffs*,<br><br>   v.<br><br>WEBER & ASSOCIATES, INC.<br><br>     *Defendant*. | CASE NO. 2:23-cv-02070-ODW-JPR<br><br>**DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPPORT OF DEFENDANT WEBER & ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL DISCLOSURES**<br><br>[Filed concurrently with Opposition to Plaintiff's Motion to Compel Further Responses and Initial Disclosures]<br><br>Hon Jean P. Rosenbluth<br>Hearing: December 7, 2023<br>Time: 10:00 a.m.<br>Discovery Cutoff: 6/10/24<br>Pretrial: 9/16/24 at 1:30 p.m.<br>Trial: 10/08/24 at 9:00 a.m**.** |

I, Keven Steinberg declare, and state as follows:

1.  I am an attorney at law, duly licensed to practice law in the State of California and before this Court.  I have personal knowledge of the facts contained in this Declaration and such facts and truthful and accurate.  If called upon to testify to such facts, I could and would do so.

2.  On the same date as receiving Plaintiff's discovery in this matter (combined interrogatories, requests for production and requests for admission), I wrote counsel for Plaintiff an email stating:

> "You may not serve discovery until following the rule 26 conference and the judge issues us an order permitting it.
>
> As such, this discovery is premature, and we consider it a nullity.
>
> If you disagree please let me know and we can bring in our Magistrate."

A true and correct copy of that email is attached hereto as **Exhibit A**.

3.  Plaintiff's counsel failed to meaningfully respond or to re-serve the discovery in the proper format.

4.  Thereafter, on October 5, 2023, in an attempt to have the discovery served at the proper time and in the proper manner, I again wrote counsel for Plaintiff stating:

> "As earlier indicated I believe this "discovery" was served prematurely and in violation of Rule 26.
>
> Additionally, I now note that it is an improper format in that each method and

2

set of discovery must be separately prepared and self-contained (i.e., Interrogatories on their own, Requests for Production on their own and Requests for Admission on their own).

So as to avoid us merely serving objections on those bases, please re-serve this "discovery" in the proper method and format."

A true and correct copy of this email is attached hereto as **Exhibit B**.

5.  Plaintiff's counsel insisted that he could serve discovery at any time and in any format, even in the odd grab bag fashion that he did.  When asked to provide authority for this, Plaintiff's counsel refused.  A true and correct copy of the email string of this communication is attached collectively attached as **Exhibit C**.

6.  On or about October 31, 2023, Plaintiff's counsel and I engaged in a telephonic meet and confer endeavor.  Plaintiff's counsel was again requested by me to re-serve the discovery in the proper format.  He refused.  Plaintiff's counsel was asked by me to explain the many undefined words and alleged terms of art in the grab bag of discovery.   Plaintiff's counsel could not do so, refused to do so and arrogantly told me to look things up in the dictionary.  A true and correct copy of this string of emails is collectively attached as **Exhibit D.**

///

///

///

///

DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPORT OF DEFENDANT WEBER & ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL

7.  In the email of October 31, 2023, Counsel for Defendant memorialized the meet and confer session by stating:

"Mark

This shall memorialize our "meet and confer" telephone call.

You refused to supply me with authority supporting the odd nature of your discovery requests bundled in a single document.

You also refused to simply re-draft the discovery by separating it into the necessary subparts (i.e. Interrogatories, Request to Produce and Request for Admission).

As we went through each discovery request, I pointed out phraseology in most discovery requests which were undefined, and which were unintelligible. I asked that you explain what you meant so that perhaps I could understand what you were seeking, and you told me "to go look it up in the dictionary" or "to figure it out myself". That was most unproductive.

I also informed you that proceeding with a motion or involving the Magistrate would not be productive in that if you could or would provide properly formatted discovery and a few definitions or clarifications (either in the

DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPORT OF DEFENDANT WEBER & ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL

response, or during a phone call or letter) we could get through this. You again refused.

I suggest you think about this and let's move forward with discovery in a proper manner."

A true and correct copy of this string of emails is collectively attached hereto as **Exhibit D.**

8.  Surprisingly, that very same day, October 31, 2023, Plaintiff's counsel submitted a Joint Stipulation with respect to a discovery motion and advised that I was to inform him of his input or decision to respond to discovery in accordance with Local Rule 37-2.  A true and correct copy of this string of emails is collectively attached hereto as **Exhibit E.**

9.  On November 8, 2023, while contending that the discovery was improper in many respects as outlined in the meet and confer discussions and in the objections, I advised Plaintiff's counsel that Defendant would nonetheless respond in full.  A true and correct copy of this string of emails is collectively attached hereto as **Exhibit E.**

10.The following day, despite being told that Defendant would respond to the discovery, Counsel for Plaintiff filed the instant Motion.  See, [Dkt. 24].

///

///

///

DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPORT OF DEFENDANT WEBER &
ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL

11. As of the date of this Opposition, I am working on the ill formatted and ill contrived discovery and will provide full and complete responses notwithstanding. It is anticipated that such responses will be served well before the hearing on this Motion.

12. No bad faith conduct was engaged in with respect to such discovery. Rather, numerous attempts were made to see to it that the discovery confirmed to the Local Rules and the Federal Rules of Civil Procedure.  Further, the discovery was replete with vagueness, uncertainty and undefined terms.  While attempts were made to work through these challenges, Counsel for Plaintiff refused and filed this Motion.

I declare under penalty of perjury under the law of the United States that the forgoing is true and correct.

Executed this 16th day of November 2023 at Los Angeles, California.

<u>/s/ Keven Steinberg</u>

Keven Steinberg

DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPORT OF DEFENDANT WEBER & ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL

# EXHIBIT A

| | |
|---|---|
| **From:** | Keven Steinberg |
| **To:** | "Mark Javitch" |
| **Subject:** | RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - Plaintiff"s First Set of Discovery Requests |
| **Date:** | Wednesday, September 27, 2023 10:23:33 AM |

You may not serve discovery until following the rule 26 conference and the judge issues us an order permitting it.

As such, this discovery is premature and we consider it a nullity.

If you disagree please let me know and we can bring in our Magistrate.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Wednesday, September 27, 2023 10:16 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - Plaintiff's First Set of Discovery Requests

Keven,

Please see attached for service Plaintiff's First Set of Discovery Requests to Defendant.

Best,
Mark Javitch

Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

# EXHIBIT B

| | |
|---|---|
| **From:** | Keven Steinberg |
| **To:** | "Mark Javitch" |
| **Bcc:** | spencer@weberandassociates.org |
| **Subject:** | RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - Plaintiff"s First Set of Discovery Requests |
| **Date:** | Thursday, October 5, 2023 4:54:06 PM |
| **Attachments:** | 2023-09-27 Plf First Set Discovery - Betty v Weber.pdf |

As earlier indicated I believe this "discovery" was served prematurely and in violation of Rule 26.

Additionally, I now note that it is an improper format in that each method and set of discovery must be separately prepared and self-contained (i.e., Interrogatories on their own, Requests for Production on their own and Requests for Admission on their own).

So as to avoid us merely serving objections on those bases, please re-serve this "discovery" in the proper method and format.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Wednesday, September 27, 2023 10:16 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - Plaintiff's First Set of Discovery Requests

Keven,

Please see attached for service Plaintiff's First Set of Discovery Requests to Defendant.

Best,
Mark Javitch

Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

# EXHIBIT C

| From: | Keven Steinberg |
|---|---|
| To: | "Mark Javitch" |
| Subject: | RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff''s First Set of Discovery Requests |
| Date: | Tuesday, October 31, 2023 12:14:19 PM |

I will wait for your call but be ready to answer that question.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:13 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please do so as soon as possible, I will inform the Magistrate that you are refusing to hold the required meet and confer phone call under 37-1.

On Tue, Oct 31, 2023 at 12:10 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> It looks like we will have to get the magistrate involved.
>
> As I said we cannot meaningfully participate in a meet and confer because of your obstinance.
>
> I will prepare a declaration.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor

Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:05 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I look forward to talking to you at 230.

On Tue, Oct 31, 2023 at 12:00 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Since you refuse to meet and confer I will alert our Magistrate.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:00 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

You must not have read the letter thoroughly. We can discuss your defenses on our call.

On Tue, Oct 31, 2023 at 11:57 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

I did not see it there.

Please provide the cite again.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:47 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I already provided authority in my letter. What authority do you have to show? This is not a proper basis to refuse to meet and confer so I will still call you at 230.

On Tue, Oct 31, 2023 at 11:43 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Why are you refusing to provide authority for your position that you can provide multiple forms of discovery into a single document.
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:29 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Thanks for confirming you received the letter, we can discuss your concerns during our meet and confer at 2:30pm today.

On Tue, Oct 31, 2023 at 11:26 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I now see the letter.
>
> There are a number of problems, not the least of which is that you ignored the main issue. You cannot provide multiple forms of discovery into a single document.
>
> I asked for authority on this, and you refused.
>
> Moreover, most of the authority you cite are not applicable is it from outside jurisdictions.
>
> Once again, please provide authority as I asked for on the issue of multiple forms of discovery into a single document.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com



**From:** Keven Steinberg
**Sent:** Tuesday, October 31, 2023 11:22 AM
**To:** 'Mark Javitch' <mark@javitchlawoffice.com>
**Subject:** RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please re-send the letter I did not receive it.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:21 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please read the 37-1 letter I sent for the authority. I will talk to you today at 2:30pm.

On Tue, Oct 31, 2023 at 11:16 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I need that authority so that I can meaningfully meet and confer.

Once you send that to me, we can then have a meaningful conversation as is required.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:13 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I will give you a call today at 2:30 pm to meet and confer unless you provide any other times.

Best,
Mark Javitch

On Tue, Oct 31, 2023 at 11:03 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I have asked you to provide authority for the method you served discovery. I am not aware of any authority supporting the fact that all types of written discovery can be placed in a single document, as you did.
>
> We can then meet and confer.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:00 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please provide a time that I can call you to meet and confer before November 9, 2023. Otherwise, I will be forced to note that you are refusing to meet and confer in a timely manner under L.R. 37-1.

Sincerely,

Mark Javitch

On Mon, Oct 30, 2023 at 5:08 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

Once you place them and serve them in a proper format we can get through this.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Monday, October 30, 2023 5:00 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Dear Keven,

Let me know when you are available to meet and confer on your client's deficient discovery responses. Please see Plaintiff's L.R. 37-1 meet and confer letter outlining all the current disputes. Are you available on Wednesday or Thursday at 10:00am?

Best,
Mark Javitch

On Wed, Sep 27, 2023 at 10:16 AM Mark Javitch <mark@javitchlawoffice.com> wrote:

> Keven,
>
> Please see attached for service Plaintiff's First Set of Discovery Requests to Defendant.
>
> Best,
> Mark Javitch
>
> Javitch Law Office
> 3 East 3rd Ave. Ste. 200
> San Mateo CA 94401
> (650) 781-8000

# EXHIBIT D

| | |
|---|---|
| **From:** | Keven Steinberg |
| **To:** | "Mark Javitch" |
| **Bcc:** | spencer@weberandassociates.org |
| **Subject:** | RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff"s First Set of Discovery Requests |
| **Date:** | Tuesday, October 31, 2023 3:00:57 PM |

Mark

This shall memorialize our "meet and confer" telephone call.

You refused to supply me with authority supporting the odd nature of your discovery requests being bundled in a single document.

You also refused to simply re-draft the discovery by separating it into the necessary subparts (i.e. Interrogatories, Request to Produce and Request for Admission).

As we went through each discovery request, I pointed out phraseology in most discovery requests which were undefined, and which were unintelligible.  I asked that you explain what you meant so that perhaps I could understand what you were seeking, and you told me "to go look it up in the dictionary" or "to figure it out myself".  That was most unproductive.

I also informed you that proceeding with a motion or involving the Magistrate would not be productive in that if you could or would provide properly formatted discovery and a few definitions or clarifications (either in the response, or during a phone call or letter) we could get through this.  You again refused.

I suggest you think about this and let's move forward with discovery in a proper manner.

Keven Steinberg
**STEINBERG LAW**

16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:39 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

So you won't answer whether the magistrate will be on the call? If you refuse to meet and confer, it is up to you, I will just note it for the court and move forward. Up to you.

On Tue, Oct 31, 2023 at 12:36 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I was always going to take your call, but now since you are being sarcastic, I do not think it will be productive.
>
> When you feel like being professional, let me know and we can then work out a time to engage in a professional meet and confer discussion.
>
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 
>
> **From:** Mark Javitch <mark@javitchlawoffice.com>
> **Sent:** Tuesday, October 31, 2023 12:18 PM
> **To:** Keven Steinberg <keven@kevensteinberglaw.com>

**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Great news, you will take my call now? Will the magistrate be joining us?

On Tue, Oct 31, 2023 at 12:14 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I will wait for your call but be ready to answer that question.
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 

---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:13 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please do so as soon as possible, I will inform the Magistrate that you are refusing to hold the required meet and confer phone call under 37-1.

On Tue, Oct 31, 2023 at 12:10 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> It looks like we will have to get the magistrate involved.
>
> As I said we cannot meaningfully participate in a meet and confer because of your obstinance.
>
> I will prepare a declaration.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> th

7   Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:05 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I look forward to talking to you at 230.

On Tue, Oct 31, 2023 at 12:00 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Since you refuse to meet and confer I will alert our Magistrate.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 
>
> ---
>
> **From:** Mark Javitch <mark@javitchlawoffice.com>
> **Sent:** Tuesday, October 31, 2023 12:00 PM
> **To:** Keven Steinberg <keven@kevensteinberglaw.com>
> **Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests
>
> You must not have read the letter thoroughly. We can discuss your defenses on our call.

On Tue, Oct 31, 2023 at 11:57 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I did not see it there.
>
> Please provide the cite again.
>
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:47 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I already provided authority in my letter. What authority do you have to show? This is not a proper basis to refuse to meet and confer so I will still call you at 230.

On Tue, Oct 31, 2023 at 11:43 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Why are you refusing to provide authority for your position that you can provide multiple forms of discovery into a single document.
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103

www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:29 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Thanks for confirming you received the letter, we can discuss your concerns during our meet and confer at 2:30pm today.

On Tue, Oct 31, 2023 at 11:26 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I now see the letter.
>
> There are a number of problems, not the least of which is that you ignored the main issue. You cannot provide multiple forms of discovery into a single document.
>
> I asked for authority on this, and you refused.
>
> Moreover, most of the authority you cite are not applicable is it is from outside jurisdictions.
>
> Once again, please provide authority as I asked for on the issue of multiple forms of discovery into a single document.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436

(818) 855-1103
www.kevensteinberglaw.com



**From:** Keven Steinberg
**Sent:** Tuesday, October 31, 2023 11:22 AM
**To:** 'Mark Javitch' <mark@javitchlawoffice.com>
**Subject:** RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please re-send the letter I did not receive it.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:21 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please read the 37-1 letter I sent for the authority. I will talk to you today at 2:30pm.

On Tue, Oct 31, 2023 at 11:16 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

I need that authority so that I can meaningfully meet and confer.

Once you send that to me, we can then have a meaningful conversation as is required.

Keven Steinberg
**STEINBERG LAW**
[16133 Ventura Boulevard](16133 Ventura Boulevard)
7th Floor
Encino, California 91436
(818) 855-1103
[www.kevensteinberglaw.com](www.kevensteinberglaw.com)



---

**From:** Mark Javitch <[mark@javitchlawoffice.com](mark@javitchlawoffice.com)>
**Sent:** Tuesday, October 31, 2023 11:13 AM
**To:** Keven Steinberg <[keven@kevensteinberglaw.com](keven@kevensteinberglaw.com)>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I will give you a call today at 2:30 pm to meet and confer unless you provide any other times.

Best,
Mark Javitch

On Tue, Oct 31, 2023 at 11:03 AM Keven Steinberg <[keven@kevensteinberglaw.com](keven@kevensteinberglaw.com)> wrote:

I have asked you to provide authority for the method you served discovery.  I am not aware of any authority supporting the fact that all types of written discovery can be placed in a single document, as you did.

We can then meet and confer.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:00 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please provide a time that I can call you to meet and confer before November 9, 2023. Otherwise, I will be forced to note that you are refusing to meet and confer in a timely manner under L.R. 37-1.

Sincerely,

Mark Javitch

On Mon, Oct 30, 2023 at 5:08 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

Once you place them and serve them in a proper format we can get through this.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor

Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



From: Mark Javitch <mark@javitchlawoffice.com>
Sent: Monday, October 30, 2023 5:00 PM
To: Keven Steinberg <keven@kevensteinberglaw.com>
Subject: Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Dear Keven,

Let me know when you are available to meet and confer on your client's deficient discovery responses. Please see Plaintiff's L.R. 37-1 meet and confer letter outlining all the current disputes. Are you available on Wednesday or Thursday at 10:00am?

Best,
Mark Javitch

On Wed, Sep 27, 2023 at 10:16 AM Mark Javitch <mark@javitchlawoffice.com> wrote:

> Keven,
>
> Please see attached for service Plaintiff's First Set of Discovery Requests to Defendant.
>
> Best,
> Mark Javitch
>
> Javitch Law Office
> 3 East 3rd Ave. Ste. 200
> San Mateo CA 94401
> (650) 781-8000

# EXHIBIT E

| | |
|---|---|
| **From:** | Keven Steinberg |
| **To:** | "Mark Javitch" |
| **Subject:** | RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-2 - Joint Stipulation on Plaintiff"s First Set of Discovery Requests |
| **Date:** | Wednesday, November 8, 2023 5:32:02 PM |

I spoke with my client, and we will be providing responses.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 4:03 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-2 - Joint Stipulation on Plaintiff's First Set of Discovery Requests

Keven,

As discussed during the meet and confer, please see the 37-2 Joint Stipulation with Plaintiff's portion filled out in Word format. Pursuant to 37-2, please reply with Defendant's portion filled out within 7 days.

Best,
Mark Javitch

On Tue, Oct 31, 2023 at 3:07 PM Mark Javitch <mark@javitchlawoffice.com> wrote:

> Keven,
>
> This will also memorialize our meet and confer. You said you were going to call the Magistrate judge about my discovery behavior, but when I asked you if the Magistrate judge would be on the phone, you refused to discuss it.
>
> I asked you to provide authority for your proposition that discovery needs to be separated into 3

separate PDF's, but you could not supply any authority. Therefore, presenting the 37-2 Joint stipulation seems to be the appropriate next step.

You spent the entire meet and confer asking questions in bad faith that you already knew the answer to. You brought up new objections regarding words that you suddenly claimed were vague and ambiguous when you had not even mentioned those objections in your discovery responses. Your strategy appears to be to waste time, but your client is liable for attorney's fees, so that does not appear productive. As such, to your bad faith questions regarding common terms such as "business lines" and "obligated," I instructed you to consult the dictionary definition of the meaning of the words if you could not understand them.

Thanks again for your time on the phone.

Mark Javitch

On Tue, Oct 31, 2023 at 3:01 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Mark
>
> This shall memorialize our "meet and confer" telephone call.
>
> You refused to supply me with authority supporting the odd nature of your discovery requests being bundled in a single document.
>
> You also refused to simply re-draft the discovery by separating it into the necessary subparts (i.e. Interrogatories, Request to Produce and Request for Admission).
>
> As we went through each discovery request, I pointed out phraseology in most discovery requests which were undefined, and which were unintelligible.  I asked that you explain what you meant so that perhaps I could understand what you were seeking, and you told me "to go look it up in the dictionary" or "to figure it out myself".  That was most unproductive.
>
> I also informed you that proceeding with a motion or involving the Magistrate would not be productive in that if you could or would provide properly formatted discovery and a few definitions or clarifications (either in the response, or during a phone call or letter) we could get through this. You again refused.

I suggest you think about this and let's move forward with discovery in a proper manner.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:39 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

So you won't answer whether the magistrate will be on the call? If you refuse to meet and confer, it is up to you, I will just note it for the court and move forward. Up to you.

On Tue, Oct 31, 2023 at 12:36 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

I was always going to take your call, but now since you are being sarcastic, I do not think it will be productive.

When you feel like being professional, let me know and we can then work out a time to engage in a professional meet and confer discussion.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436

(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:18 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Great news, you will take my call now? Will the magistrate be joining us?

On Tue, Oct 31, 2023 at 12:14 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I will wait for your call but be ready to answer that question.
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 
>
> **From:** Mark Javitch <mark@javitchlawoffice.com>
> **Sent:** Tuesday, October 31, 2023 12:13 PM
> **To:** Keven Steinberg <keven@kevensteinberglaw.com>
> **Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests
>
> Please do so as soon as possible, I will inform the Magistrate that you are refusing to hold the required meet and confer phone call under 37-1.
>
> On Tue, Oct 31, 2023 at 12:10 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:
>
>> It looks like we will have to get the magistrate involved.

As I said we cannot meaningfully participate in a meet and confer because of your obstinance.

I will prepare a declaration.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:05 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I look forward to talking to you at 230.

On Tue, Oct 31, 2023 at 12:00 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Since you refuse to meet and confer I will alert our Magistrate.
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 12:00 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

You must not have read the letter thoroughly. We can discuss your defenses on our call.

On Tue, Oct 31, 2023 at 11:57 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I did not see it there.
>
> Please provide the cite again.
>
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 
>

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:47 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>

**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I already provided authority in my letter. What authority do you have to show? This is not a proper basis to refuse to meet and confer so I will still call you at 230.

On Tue, Oct 31, 2023 at 11:43 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Why are you refusing to provide authority for your position that you can provide multiple forms of discovery into a single document.
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 

---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:29 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Thanks for confirming you received the letter, we can discuss your concerns during our meet and confer at 2:30pm today.

On Tue, Oct 31, 2023 at 11:26 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I now see the letter.
>
> There are a number of problems, not the least of which is that you ignored the main issue. You cannot provide multiple

forms of discovery into a single document.

I asked for authority on this, and you refused.

Moreover, most of the authority you cite are not applicable is it is from outside jurisdictions.

Once again, please provide authority as I asked for on the issue of multiple forms of discovery into a single document.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



---

**From:** Keven Steinberg
**Sent:** Tuesday, October 31, 2023 11:22 AM
**To:** 'Mark Javitch' <mark@javitchlawoffice.com>
**Subject:** RE: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please re-send the letter I did not receive it.

Keven Steinberg
**STEINBERG LAW**
16133 Ventura Boulevard
7th Floor
Encino, California 91436
(818) 855-1103
www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:21 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Please read the 37-1 letter I sent for the authority. I will talk to you today at 2:30pm.

On Tue, Oct 31, 2023 at 11:16 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I need that authority so that I can meaningfully meet and confer.
>
> Once you send that to me, we can then have a meaningful conversation as is required.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 

**From:** Mark Javitch <mark@javitchlawoffice.com>

**Sent:** Tuesday, October 31, 2023 11:13 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of Discovery Requests

I will give you a call today at 2:30 pm to meet and confer unless you provide any other times.

Best,
Mark Javitch

On Tue, Oct 31, 2023 at 11:03 AM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> I have asked you to provide authority for the method you served discovery.  I am not aware of any authority supporting the fact that all types of written discovery can be placed in a single document, as you did.
>
> We can then meet and confer.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com
>
> 

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, October 31, 2023 11:00 AM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 - Additional Request to Meet and Confer Letter Plaintiff's First Set of

Discovery Requests

Please provide a time that I can call you to meet and confer before November 9, 2023. Otherwise, I will be forced to note that you are refusing to meet and confer in a timely manner under L.R. 37-1.

Sincerely,

Mark Javitch

On Mon, Oct 30, 2023 at 5:08 PM Keven Steinberg <keven@kevensteinberglaw.com> wrote:

> Once you place them and serve them in a proper format we can get through this.
>
>
> Keven Steinberg
> **STEINBERG LAW**
> 16133 Ventura Boulevard
> 7th Floor
> Encino, California 91436
> (818) 855-1103
> www.kevensteinberglaw.com



**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Monday, October 30, 2023 5:00 PM
**To:** Keven Steinberg <keven@kevensteinberglaw.com>
**Subject:** Re: Betty vs. Weber - 2:23-cv-02070-ODW-JPR - 37-1 Meet and Confer Letter Plaintiff's First Set of Discovery Requests

Dear Keven,

Let me know when you are available to meet and confer on your client's deficient discovery responses. Please see Plaintiff's L.R. 37-1 meet and confer letter outlining all the current disputes. Are you available on Wednesday or Thursday at 10:00am?

Best,
Mark Javitch

On Wed, Sep 27, 2023 at 10:16 AM Mark Javitch
<mark@javitchlawoffice.com> wrote:

Keven,

Please see attached for service Plaintiff's First Set of Discovery Requests to Defendant.

Best,
Mark Javitch

Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in County of Los Angeles, State of California. My business address is Steinberg Law, 16133 Ventura Boulevard, 7th Floor, Encino, California, 91316.

On November 16, 2023, I filed **DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPPORT OF DEFENDANT WEBER & ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL DISCLOSURES** including all declarations and exhibits, via the ECM/CF Case Filing System, which serves all parties of record.

/s/ Keven Steinberg

Keven Steinberg

DECLARATION OF KEVEN STEINBERG AND EXHIBITS IN SUPPORT OF DEFENDANT WEBER & ASSOCIATES' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES AND INITIAL